UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LAVAR JOHNSON,

    Petitioner,

v.                                               Case No. 09-14083
                                                  Honorable Patrick J. Duggan

GREG MCQUIGGIN,

    Respondent.
_____/

## JUDGMENT

On October 15, 2009, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his August, 7, 1997 convictions of first-degree murder in violation of Michigan Compiled Laws § 750.316a and felony-firearm in violation of Michigan Compiled Laws § 750.227b(A). On this date, the Court entered an Opinion and Order holding that Petitioner is not entitled to habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus is **DENIED WITH PREJUDICE**.

DATE: September 13, 2010                  s/PATRICK J. DUGGAN
                                                       UNITED STATES DISTRICT JUDGE

Copies to:
Derrick Lavar Johnson, #258779
Chippewa Correctional Facility
4269 W. M-80
Kincheloe, MI 49784

Raina Korbakis, Assistant Attorney General
Magistrate Judge Donald A. Scheer